UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YORKSHIRE VILLAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV688MLM |
| ) | |
| CLARENDON AMERICA INSURANCE ) | |
| CO., DOBBS TIRE & AUTO CENTERS, ) | |
| INC., and JAMES WENDE, ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on its own motion. I have reviewed the pleadings and all documents in the file and based thereon, I have determined that I should not preside in this case because of a conflict of interest or an appearance of impropriety.

Therefore, the Clerk of the Court shall draw the name of another Judge for assignment of this case.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  1st   day of  May, 2006.